IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES | | PLAINTIFF |
| v. | Case No. 2:13-CR-20033 | |
| GENARO IBARRA-GUTIERREZ | | DEFENDANT |

### **O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 18) filed in this case on June 20, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 17).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is ADOPTED excepting only the following statement, which the Court believes was erroneously included in the Report and Recommendation:

- The Court does not adopt any statement by the Magistrate that the plea in this case is subject to final approval by United States District Judge Jimm Larry Hendren. Rather, the case has been assigned to, and is subject to the final approval of, the undersigned.

In all other respects, the findings and recommendations of the Magistrate are adopted as this Court's findings. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's guilty plea is accepted and the written plea agreement is tentatively approved, subject to final approval at sentencing.

IT IS SO ORDERED this 21st day of June, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE